IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

NAHJEL MALIK WILLIAMS

CRIMINAL CASE NO.
1:26-CR-0202-JPB-JSA

## ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL MOTIONS

The Court finds that for good cause shown, it is necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendant in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. Title 18 U.S.C. § 3161, *et seq.* Specifically, counsel needs more time to review the voluminous discovery.

**IT IS HEREBY ORDERED** that the Pretrial Conference in this matter shall be held on **Friday, August 28, 2026, at 10:00 a.m., via Zoom** and the Defendant shall file Pretrial Motions by **August 26, 2026**.

**IT IS SO ORDERED** this the 1st day of June, 2026.

*Justin S. Anand*
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE